In the Matter of the Application of Estelle Kuefner, Appellant, Relative to the Custody of Joan Kuefner et al., Infants. Joseph D. Kuefner, Respondent.

Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.
In the Matter of the Estate of Samuel Metzik, an Incompetent Person.

FRANK T. HINES, Administrator of Veterans' Affairs, Appellant; SUNSHINE ULMAN et al., Respondents.—

In view of the reduced value of the estate, admitted by·the attorney, the respective fees and allowance should be reduced, as indicated. Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ., concur.